THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GURSHARAN LADDI, *et al.*, | CASE NO. C17-0287-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SORAYA MOTOR CO., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated request to extend Defendants' deadline to file a response to the complaint (Dkt. No. 13). The Court, finding good cause, GRANTS the request. Defendants' response to the first amended complaint is due on or before March 22, 2017.

DATED this 2nd day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk