THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURSHARAN LADDI, HARVINDER SINGH, and JASVIR KAUR, each on behalf of himself/herself, and all others similarly situated,

Plaintiffs,

v.

SOROYA MOTOR CO., ARIANNA MOTOR COMPANY, INC., and HOOMAN H. BODAGHI, a.k.a. and d/b/a HINSHAW'S HONDA, GREEN RIVER LEASING, HONDA OF AUBURN, HOOMAN HONDA, HOOMAN MOTORS GROUP, PAUL HINSHAW ACURA, HOOMAN ACURA; and AMERICAN HONDA FINANCE CORPORATION,

Defendants.

Case No. 2:17-cv-00287 JCC

**VERIFICATION OF STATE COURT RECORDS**

I, ERIN M. WILSON, hereby declare:

1. I am one of the attorneys of record for Defendant American Honda Finance Corporation in the above-referenced action. I am a citizen of the United States and am competent to make this declaration based upon my personal knowledge and to identify the exhibits attached hereto.

2. Pursuant to Local Rule W.D. Wash. 101(b), I verify that the following documents are true and correct copies of all of the records that have been filed with the King

VERIFICATION OF STATE COURT RECORDS - 1
CASE NO. 17-00287 JCC

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

013771.0001/6883767.1

00001

County Superior Court under Cause No. 16-2-23154-3KNT, *Gursharan Laddi et al. v. Soraya Motor Co. et al.,* of today's date (*see* docket sheet attached as **Exhibit A**)[1]:

    A.    A true and correct copy of the original Complaint filed on September 26, 2016 (Superior Court docket no. 1), is attached hereto as **Exhibit B**;

    B.    A true and correct copy of the Order Setting Civil Case Schedule filed on September 26, 2016 (Superior Court docket no. 2), is attached hereto as **Exhibit C**;

    C.    A true and correct copy of the Case Information Cover Sheet and Area Designation filed on September 26, 2016 (Superior Court docket no. 3) is attached hereto as **Exhibit D**;

    D.    A true and correct copy of the Summons filed on September 26, 2016 (Superior Court docket no. 4) is attached hereto as **Exhibit E**;

    E.    A true and correct copy of the Case Information Cover Sheet and Area Designation filed on September 26, 2016 (Superior Court docket no. 6) is attached hereto as **Exhibit F**;

    F.    A true and correct copy of the Declaration of Service filed on October 5, 2016 (Superior Court docket no. 7), is attached hereto as **Exhibit G**

    G.    A true and correct copy of the Notice of Appearance filed on October 19, 2016, (Superior Court docket no. 8) is attached hereto as **Exhibit H.**

    H.    A true and correct copy of the Certificate of Service filed on October 19, 2016 (Superior Court docket no. 9) is attached hereto as **Exhibit I.**

    I.    A true and correct copy of the Order on Transfer of Individual Judge Assignment filed on December 13, 2016 (superior court docket no. 10) is attached hereto as **Exhibit J.**

    J.    A true and correct copy of the Certificate of E-Service filed on January

---

[1] Pursuant to Local Rule W.D. Wash. 101(b), the First Amended Class Action Complaint and the Jury Demand were previously filed with the Notice of Removal of Civil Action to Federal Court (Dkt. #1, Attachments 2 and 3). Consistent with Local Rule W.D. Wash. 101(b), these documents are not being re-filed in connection with this Verification of State Court Records.

VERIFICATION OF STATE COURT RECORDS - 2
CASE NO. 17-00287 JCC

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

00002   013771.0001/6883767.1

1  11, 2017 (Superior Court docket no. 12, 13) is attached hereto as **Exhibit K**.

2         K.    A true and correct copy of the Certificate of E-Service filed on January

3  18, 2017 (Superior Court docket no. 14) is attached hereto as **Exhibit L**.

4         L.    A true and correct copy of the Certificate of E-Service filed on January

5  18, 2017 (Superior Court docket no. 15) is attached hereto as **Exhibit M**.

6         M.    A true and correct copy of the Notice of Hearing filed on January 18,

7  2017 (Superior Court docket no. 16) is attached hereto as **Exhibit N**.

8         N.    A true and correct copy of the Motion for Injunction and Relief to Stop

9  Defendants from Communicating With Named Plaintiffs and Potential Class Members filed on

10  January 18, 2017 (Superior Court docket no. 17) is attached hereto as **Exhibit O**.

11         O.    A true and correct copy of the Notice of Hearing filed on January 18,

12  2017 (Superior Court docket no. 18) is attached hereto as **Exhibit P**.

13         P.    A true and correct copy of the Motion for Extension of Time to Make

14  Service by Mail or Publication Upon Defendants Hooman Bodhi and Arianna Motor Company

15  (with Declaration attached) on January 18, 2017 (Superior Court docket no. 19) is attached

16  hereto as **Exhibit Q**.

17         Q.    A true and correct copy of the Notice of Hearing filed on January 18,

18  2017 (Superior Court docket no. 20) is attached hereto as **Exhibit R**.

19         R.    A true and correct copy of the Notice of Hearing filed on January 18,

20  2017 (Superior Court docket no. 21) is attached hereto as **Exhibit S**.

21         S.    A true and correct copy of the Amended Summons filed on January 19,

22  2017 (Superior Court docket no. 22) is attached hereto as **Exhibit T**.

23         T.    A true and correct copy of the Declaration of Acceptance of Service filed

24  on January 23, 2017 (Superior Court docket no. 23) is attached hereto as **Exhibit U**.

25         U.    A true and correct copy of the Re-Notice of Hearing filed on January 23,

26  2017 (Superior Court docket no. 24) is attached hereto as **Exhibit V**.

27         V.    A true and correct copy of the Notice to Strike Plaintiffs' Motion Re

VERIFICATION OF STATE COURT RECORDS - 3
CASE NO. 17-00287 JCC

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

00003   013771.0001/6883767.1

1  Process Service filed on January 23, 2017 (Superior Court docket no. 25) is attached hereto as
2  **Exhibit W**.

3      W.    A true and correct copy of the Notice of Appearance of American Honda
4  Finance Corp. filed on January 26, 2017 (Superior Court docket no. 26) is attached hereto as
5  **Exhibit X**.

6      X.    A true and correct copy of the Notice to Strike Plaintiffs' Motion Seeking
7  Injunctive Relief filed on February 1, 2017 (Superior Court docket no. 27) is attached hereto as
8  **Exhibit Y**.

9      Y.    A true and correct copy of the Declaration of Service filed on February 7,
10 2017 (Superior Court docket no. 28) is attached hereto as **Exhibit Z**.

11     Z.    A true and correct copy of the Notice of Withdrawal and Substitution of
12 Counsel filed on February 22, 2017 (Superior Court docket no. 29) is attached hereto as
13 **Exhibit AA**.

14     AA.    A true and correct copy of the Notice to Clerk of Removal to Federal
15 Court filed on February 22, 2017 (Superior Court docket no. 30) is attached hereto as **Exhibit
16 BB**.

17     I declare under penalty of perjury of the laws of the United States and State of
18 Washington that the foregoing is true and correct.

19     EXECUTED at Seattle, Washington on this 7th day of March, 2017.

20

21                                             *s/Erin M. Wilson*
                                            Erin M. Wilson

VERIFICATION OF STATE COURT RECORDS - 4
CASE NO. 17-00287 JCC

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

00004     013771.0001/6883767.1

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 7th day of March, 2017, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Harish Bharti (WSBA #23960)
Bharti Law Group, PLLC
6701 37th Avenue NW
Seattle, WA 98117
Email: mail@hbharti.com

Robert Gaudet, Jr. (WSBA #33842)
RJ Gaudet & Associates LLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Email: robert@rjgaudet.com

Jeffrey D. Dunbar (WSBA #26339)
Ogden Murphy Wallace, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, WA 98164
Email: jdunbar@omwlaw.com

☑ by **CM/ECF**
☐ by **Electronic Mail**
☐ by **Facsimile Transmission**
☐ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

DATED at Seattle, Washington this 7th day of March, 2017.

*/s/ Janet Wiley*
Janet Wiley

VERIFICATION OF STATE COURT RECORDS - 5
CASE NO. 17-00287 JCC

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

013771.0001/6883767.1

00005