THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURSHARAN LADDI, *et al.*, | CASE NO. C17-0287-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SORAYA MOTOR CO., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated request to extend the deadline to file a response to the complaint (Dkt. No. 18). The Court, finding good cause, GRANTS the request. Defendants' response is due no later than 14 days after the Court rules on the pending motion to remand.

DATED this 22nd day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk