1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURSHARAN LADDI, *et al.*, | CASE NO. C17-0287-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SORAYA MOTOR CO., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes come before this Court on the parties' stipulated motion to seal (Dkt. No. 26).[1] The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g)(3); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, a particularized showing of good cause will suffice to warrant sealing discovery documents attached to non-dispositive motions. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). The parties wish to seal Dkt. No. 17-2 because it contains several months of birth and the first five digits of various Social Security Numbers. (*Id.* at 2.) The Court, finding a particularized showing of good cause, GRANTS the motion and the

---

[1] The parties also stipulate that they will withdraw the pending, and not stipulated to, motion to seal (Dkt. No. 24). (Dkt. No. 26 at 1.)

document, (Dkt. No. 17-2), shall remain sealed.

DATED this 11th day of April 2017.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk