THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURSHARAN LADDI, *et al.*,

Plaintiffs,

v.

SORAYA MOTOR CO., *et al.*,

Defendants.

CASE NO. C17-0287-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation regarding filing an amended complaint and a response thereto (Dkt. No. 32). Following the Court's ruling denying Plaintiffs' motion to remand, (Dkt. No. 31), the parties met and conferred to discuss their respective positions regarding the allegations in the first amended class action complaint, (Dkt. No. 1-2). Whereas Plaintiffs intend to amend the Complaint, the parties STIPULATE AND AGREE as follows:

- That pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs may file an amended complaint on or before June 9, 2017, subject to the right of Defendants to assert any and all defenses to the claims and allegations asserted

therein, including but not limited to any motion to dismiss or motion to compel arbitration; and

- That the time for Defendants to respond to any amended complaint, including but not limited to any motion to dismiss or motion to compel arbitration, shall be three weeks after the filing of the amended complaint.

Pursuant to the foregoing stipulation, it is so ORDERED.

DATED this 18th day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0287-JCC
PAGE - 2