UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURSHARAN LADDI, *et al.*, | CASE NO. C17-0287-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SORAYA MOTOR CO., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff's counsel is ORDERED to show cause why sanctions, including dismissal, should not issue for their failure to be present at today's status conference. Plaintiff's counsel is DIRECTED to file a response on or before June 15, 2017. The status conference is CONTINUED to June 20, 2017, at 9 a.m.

DATED this 6th day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk