THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARVINDER SINGH, | CASE NO. C17-0287-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SORAYA MOTOR CO., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to dismiss Plaintiff Laddi (Dkt. No. 38), motion to dismiss Plaintiff Kaur (Dkt. No. 39), and motion to withdraw as counsel (Dkt. No. 41). All of these motions are unnecessary. The Court directs the Clerk to TERMINATE the motions to dismiss (Dkt. Nos. 38, 39). Mr. Laddi and Ms. Kaur are no longer parties to this matter per the amended complaint. (*See* Dkt. No. 42.) The Court also directs the Clerk to TERMINATE the motion to withdraw as counsel (Dkt. No. 41). Where a party is represented by multiple attorneys and one seeks to withdraw, as is the case here, leave of the court to withdraw is not required. W.D. Wash. Local Civ. R. 83.2(b)(3). No further Court action is required on these matters.

//

DATED this 12th day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk