THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

HARVINDER SINGH,

            Plaintiff,

    v.

SORAYA MOTOR CO., *et al.*,

            Defendant.

CASE NO. C17-0287-JCC

MINUTE ORDER

15       The following Minute Order is made by direction of the Court, the Honorable John C.

16 Coughenour, United States District Judge:

17       This matter comes before the Court on the parties' responses (Dkt. Nos. 36, 37, 44, 48) to

18 the Court's order to show cause (Dkt. No. 34). Defendants' counsel were not ordered to respond,

19 yet seem to ask for attorney fees as a sanction for Plaintiff's counsel's failure to attend the status

20 conference. (*See* Dkt. No. 44.) This request is DENIED. The order to show cause has been

21 satisfied and is VACATED.

22       DATED this 14th day of June 2017.

23
24
25
26

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk