THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARVINDER SINGH on behalf of himself, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SORAYA MOTOR CO., ARIANNA MOTOR COMPANY, INC., and HOOMAN H. BODAGHI, a.k.a. and d/b/a HINSHAW'S HONDA, HINSHAW'S ACURA, HONDA OF AUBURN, HOOMAN HONDA, HOOMAN MOTORS GROUP, HOOMAN ACURA; and AMERICAN HONDA FINANCE CORPORATION,<br><br>Defendants. | CASE NO. C17-0287-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant American Honda Finance Corporation's (hereafter "American Honda") Motion to Dismiss (Dkt. No. 52) and the Motion for Summary Judgment of Defendants Soraya Motor Company, Arianna Motor Company, Inc., Hooman H. Bodaghi, Hinshaw's Honda, Hinshaw's Acura, Honda of Auburn, Hooman Honda,

Hooman Motors Group, and Hooman Acura's ( hereafter "Dealership Defendants")  (Dkt. No. 53).

As to American Honda's motion, having considered the briefing and attachments included therein, the Court finds it appropriate to convert the Motion to Dismiss into a Motion for Summary Judgment. Pursuant to Rule 12(d) of the Federal Rules of Civil Procedure, the Court is providing both parties with the opportunity to present all materials that are pertinent to a Motion for Summary Judgment. The amended briefing schedule is as follows:

| Party Brief | Filing Deadline |
|---|---|
| Plaintiff's Brief in Opposition to Summary Judgment | 9/25/2017 |
| Defendant American Honda's Reply Brief | 10/9/2017 |

The Plaintiff's brief shall not exceed 24 pages. The Defendant's reply shall not exceed 15 pages. The Clerk of Court is DIRECTED to RENOTE Defendant's motion (Dkt. No. 52) for October 9, 2017.

As to the Dealership Defendants' motion, having considered the briefing and attachments, the Court is deferring consideration of the Motion for Summary Judgment at this time. Pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, the Court is providing additional time to allow the Plaintiff to take discovery needed to oppose the Defendants' motion. The amended briefing schedule is as follows:

| Party Brief | Filing Deadline |
|---|---|
| Plaintiff's Brief in Opposition to Summary Judgment | 9/25/2017 |
| Defendant Dealerships' Reply Brief | 10/9/2017 |

The Plaintiff's brief shall not exceed 24 pages. The Defendants' reply shall not exceed 15

pages. The Clerk of Court is DIRECTED to RENOTE Defendants' Motion for Summary Judgment (Dkt. No. 53) for October 9, 2017.

DATED this 28th day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk