UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARVINDER SINGH, on behalf of himself and all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SORAYA MOTOR CO., *et al.*,<br><br>Defendants. | CASE NO. C17-0287-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Clerk is DIRECTED to RENOTE the Defendant's motion to dismiss (Dkt. No. 52) and Defendants' motion for summary judgment (Dkt. No. 53) to October 10, 2017. These motions are currently noted for October 9, 2017, which is a federal holiday. Defendants' reply briefs for both motions must be filed by October 10, 2017.

DATED this 28th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk