# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| Harvinder Singh, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>Soroya Motor Co., *et al.*,<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C17-0287-JCC |

\_\_　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　Defendant American Honda Finance Corporation's motion for summary judgment is GRANTED. Plaintiff's breach of contract claim, breach of the duty of good faith and fair dealing claim, negligent supervision claim, and Washington State Consumer Protection Act claim are DISMISSED with prejudice. The Clerk is DIRECTED to close this case.

　　DATED this 26th day of October 2017.

　　　　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　/s/ *Paula McNabb*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk